AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
NATHALIA GOMEZ-IRIZARRY

Case No. 8:2020cr77-36TGW

*Defendant*

**ARREST WARRANT**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* NATHALIA GOMEZ-IRIZARRY,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Money Laundering; Honest Services Wire Fraud; Conspiracy to Commit Bank Fraud; Bank Fraud; Conspiracy to Commit Aggravated Identity Theft; Aggravated Identity Theft.

In violation of 18 U.S.C. §§ 1956, 1343, 1344, 1346, 1349, 1028A, 371, and 981-982.

Date: 2/19/20

*Issuing officer's signature*

City and state: Tampa, Florida    ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2-19-20, and the person was arrested on *(date)* 2-21-20
at *(city and state)* D/PR SAN JUAN.

Date: 2-21-20

*Arresting officer's signature* SIGN FOR FBI

MICHAEL CONNELL DUSM
*Printed name and title*

[SEALED / FILED 2020 FEB 25 PM 2:18 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA]